UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY MCCULLOUGH,

    Plaintiff,

Case No. 13-10282

HONORABLE GERALD E. ROSEN

v.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated May 16, 2013, this cause of action is DISMISSED WITHOUT PREJUDICE.

Dated at Detroit, Michigan this 16th day of May, 2013.

                DAVID J. WEAVER
                CLERK OF THE COURT

    BY:    s/Julie Owens
            DEPUTY CLERK

APPROVED:


s/Gerald E. Rosen
GERALD E. ROSEN
Chief Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 16, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135